# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CHAPTER 13

KATHERINE THOMAS                                               CASE NO. 17-10697-SDM

## DEBTOR'S CERTIFICATION AND
## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
## PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTOR(S) PURSUANT TO §1328(a) OF THE BANKRUPTCY CODE. IF YOU OPPOSE THIS MOTION, YOU MUST FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS FROM THE DATE LISTED BELOW IN THE CERTIFICATE OF SERVICE. YOUR RESPONSE MUST SET FORTH THE SPECIFIC FACTUAL ALLEGATION WITH WHICH YOU DISAGREE AND A COPY OF YOUR RESPONSE MUST BE SERVED ON THE DEBTOR(S) AND DEBTOR'S(S') ATTORNEY. IF NO TIMELY RESPONSE IS FILED, THE COURT MAY GRANT THIS MOTION WITHOUT HOLDING A HEARING. A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

1. By signing below, the Debtor(s) certify under penalty of perjury that the following statements are true and correct:

   A. I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed a statement, prepared as prescribed by Official Form 23, regarding completion of said course. **11 U.S.C.§1328 (g).**

   B. All pre-petition amounts owed by me on a domestic support obligation, if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C.§1328 (a).**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C.§1328 (f)(1).**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C.§1328 (f)(2).**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy

# CERTIFICATE OF SERVICE

I, Michael W. Boyd, attorney of record for the Debtor herein, do hereby certify that I have this day electronically filed the above and foregoing Certification and Motion for Entry of Chapter 13 Discharge with the Clerk of the United States Bankruptcy Court using the ECF system which sent notification of such filing to the following:

        Office of the United States Trustee
        USTPRegion05.AB.ECF@usdoj.gov

        Locke D. Barkley
        sbeasley@barkley13.com

and I hereby certify that I have mailed by United States Postal Service the document to all creditors listed on the matrix.

This, the 25th day of March, 2022.

        /s/ Michael W. Boyd
        MICHAEL W. BOYD

Michael W. Boyd
MS Bar No. 4216
Attorney at Law
Post Office Box 1586
Greenville, MS 38702-1586
662/332-0202

F. If I owe a debt arising from: (i) any violation of any State of Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under § 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of the statutory cap as prohibited by §522(q)(1) of the Bankruptcy Code. 11 U.S.C.§1328 (h)(1) and 11 U.S.C.§1328 (q)(1)(B).

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). 11 U.S.C.§1328 (h)(2).

H. I have made all payments required by my confirmed Chapter 13 plan or have, by separate motion, moved for the entry of a hardship discharge pursuant to 11 U.S.C.§1328 (b).

2. Debtor(s) hereby move the Court for the entry of a discharge order in this case.

Signed: *Katherine Thomas*  
Katherine Thomas  
Date: 3-24-22

/s/ Michael W. Boyd  
Michael W. Boyd  
Attorney for Debtor  
MS Bar No. 4216  
Post Office Box 1586  
Greenville, MS 3802-1586  
662/332-0202  
Date: 3-24-22

3. Mailing address for filing responses:

Shallanda J. Clay, Clerk  
U.S. Bankruptcy Court  
703 Highway 145 North  
Aberdeen, MS 39730

**17-10697-SDM** Katherine Thomas
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Selene D. Maddox
**Date filed:** 02/28/2017 **Date of last filing:** 03/20/2022 **Plan confirmed:** 05/23/2017

# Creditors

**C Spire**
1018 Highland Colony Pkwy, Suite 300
Ridgeland, MS 39157

(3513723)
(cr)

**Capital One**
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

(3513724)
(cr)

**Capital One**
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

(3506810)
(cr)

**Capital One**
15000 Capital One Drive
Henrico, VA 23238

(3513725)
(cr)

**Cardworks/CW Nexus**
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

(3513726)
(cr)

**Cardworks/CW Nexus**
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

(3506811)
(cr)

**Chase Receivables**
1247 Broadway
Sonoma, CA 95476

(3506812)
(cr)

**Chase Receivables**
1247 Broadway
Sonoma, CA 95476

(3513727)
(cr)

**Credit One Bank Na**
Po Box 98873
Las Vegas, NV 89193

(3513728)
(cr)

**Credit One Bank Na**
Po Box 98873
Las Vegas, NV 89193

(3506813)
(cr)

| | |
|---|---|
| **Credit Plan Of Green**<br>1701-B Strong Avenue<br>Greenwood, MS 38930 | (3506814)<br>(cr) |
| **Credit Plan Of Greenwood**<br>1701-B Strong Avenue<br>Greenwood, MS 38930 | (3513729)<br>(cr) |
| **Direct TV**<br>P.O. Box 6550<br>Englewood, CO 80155-6550 | (3513730)<br>(cr) |
| **Fac/nab**<br>480 James Robertson Pkwy<br>Nashville, TN 37219 | (3513731)<br>(cr) |
| **Fac/nab**<br>480 James Robertson Pkwy<br>Nashville, TN 37219 | (3506815)<br>(cr) |
| **Fed Loan Sevicing**<br>Po Box 69184<br>Harrisburg, PA 17106 | (3513732)<br>(cr) |
| **Fed Loan Sevicing**<br>Po Box 69184<br>Harrisburg, PA 17106 | (3506816)<br>(cr) |
| **First Heritage**<br>114 Veterns Memorial Drive<br>Kosciusko, MS 39090 | (3513733)<br>(cr) |
| **First Tower Loan, LLC**<br>P.O. Box 320001<br>Flowood, MS 39232 | (3524542)<br>(cr) |
| **Fstheritag**<br>114 Veterns Memorial Drive<br>Kosciusko, MS 39090 | (3506817)<br>(cr) |
| **Grand Canyon University**<br>3300 West Camel Back Road<br>Phoenix, AZ 85017 | (3537534)<br>(cr) |
| **Harold Reed, II**<br>2006 Kildare Street NW<br>Huntsville, AL 35811 | (3513734)<br>(cr) |
| **Lend Up**<br>237 Kearney St, #372<br>San Francisco, CA 94108 | (3513735)<br>(cr) |
| **LVNV Funding, LLC its successors and assigns as** assignee of FNBM, LLC | (3559499)<br>(cr) |

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(3548621)
(cr)

**Merrick Bank Corp**
PO Box 9201
Old Bethpage, NY 11804

(3513736)
(cr)

**Midland Funding, LLC**
Midland Credit Management, Inc. as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090

(3563546)
(cr)

**Network Collection S**
P O Box 1725
Hattiesburg, MS 39403

(3513737)
(cr)

**Network Collection S**
P O Box 1725
Hattiesburg, MS 39403

(3506818)
(cr)

**Nissan**
POB 660366
Dallas, TX 75266-0366

(3508591)
(cr)

**Nissan Motor Acceptanc**
Po Box 660360
Dallas, TX 75266

(3506819)
(cr)

**Nissan Motor Acceptanc**
Po Box 660360
Dallas, TX 75266

(3513738)
(cr)

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

(3572788)
(cr)

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

(3507696)
(cr)

**Republic Finance**
508 W Park Ave
Greenwood, MS 38930

(3513739)
(cr)

**Republic Finance Co.**
508 W Park Ave
Greenwood, MS 38930

(3506820)
(cr)

**Republic Finance, LLC**
1140 Roma Avenue
Hammond, LA 70403

(3530827)
(cr)

**Smith Rouchin & Associates**
Sra
1456 Ellis Ave
Jackson, MS 39204

(3513740)
(cr)

**Smith Rouchin & Associates**
Sra
1456 Ellis Ave
Jackson, MS 39204

(3506821)
(cr)

**Synchrony Bank/ JC Penneys**
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

(3506822)
(cr)

**Synchrony Bank/ JC Penneys**
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

(3513741)
(cr)

**Tower Loan**
Attn: Bankruptcy
406 Liberty Park Court
Flowood, MS 39232

(3506823)
(cr)

**Tower Loan of Lexington**
PO Box 320367
Flowood, MS 39232

(3513742)
(cr)

**Tower Loan of Lexington**
PO Box 32067
Flowood, MS 39232

(3513743)
(cr)

**U.S. Department of Education**
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

(3568077)
(cr)

**Verizon**
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

(3549651)
(cr)

**World Omni Financial**
6150 Omni Park Dr
Mobile, AL 36609

(3506824)
(cr)

**World Omni Financial**
6150 Omni Park Dr
Mobile, AL 36609

(3513744)
(cr)

**World Omni Financial Corp. Its Successor and**
Assigns
c/o Weltman, Weinberg & Reis Co LPA
323 W. Lakeside Ave Suite 200
Cleveland, OH 44113

(3528588)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/25/2022 07:41:57 | | | |
| **PACER Login:** | boydlawoffice | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 17-10697-SDM Creditor Type: cr |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |