# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    KATHERINE THOMAS, Debtor          Case No. 17-10697-SDM
                                            CHAPTER 13

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the Application to Employ, Affidavit and Notice of Hearing were forwarded on November 10, 2022, to:

By Electronic CM/ECF Notice:

    Michael W. Boyd, Attorney for Debtor

    Case Trustee

    U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

CM/ECF hrg11tel
(09/15/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Katherine Thomas | ) | Case No.: 17–10697–SDM |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a **TELEPHONIC** hearing will be held

on 12/21/22 at 10:00 AM

Responses Due: 12/5/22

to consider and act upon the following:

*78* – Application to Employ Morgan & Morgan as Special Counsel Corrected Filed by Thomas C. Rollins Jr. on behalf of Morgan & Morgan. (Rollins, Thomas)

This matter **will be held telephonically**. All attorneys, parties and other interested parties appearing should follow the dial in instructions below:

1) Complete the dial in instructions below at least 5 minutes prior to the time of the hearing.

2) Dial 877–402–9757, and when prompted, enter Access Code 1558104#.

3) Once you are connected to the call, identify yourself by stating your name.

4) Once your telephonic presence is acknowledged by the courtroom deputy, please mute your phone until further notice from the Court.

5) Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties connecting to the telephonic hearing, please contact the Clerk's Office at 662–369–2596.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/9/22

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: MRH
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    KATHERINE THOMAS, Debtor                    Case No. 17-10697-SDM
                                                      CHAPTER 13

### APPLICATION TO BE EMPLOYED AS SPECIAL COUNSEL

COMES NOW, Morgan & Morgan ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §327(e) and F.R.B.P. 2014(a), files this Application to be Employed Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Morgan & Morgan represent that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Applicant desires to be employed to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Morgan & Morgan has attached his affidavit hereto, stating that the firm is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Morgan & Morgan will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Morgan and Morgan as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Morgan & Morgan, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    KATHERINE THOMAS, Debtor    Case No. 17-10697-SDM
CHAPTER 13

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI

COUNTY OF Hinds

William A. Graves of Morgan and Morgan, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3. That said services shall be rendered under a contingent fee agreement.

4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

   a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's post-petition personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 7th day of November, 2022.

_____
William A. Graves

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of November, 2022.

_Keri E. Waites_
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 126359, KERI E. WAITES, Commission Expires Jan. 1, 2023, MADISON COUNTY]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KATHERINE THOMAS | CASE NO: 17-10697<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/10/2022, I did cause a copy of the following documents, described below,

Notice of Hearing, Application to Employ and Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/10/2022

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
P.O. Box 13767
Jackson, MS  39236
601 500 5533
jennifer@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 17-10697 |
|---|---|
| KATHERINE THOMAS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/10/2022, a copy of the following documents, described below,

Notice of Hearing, Application to Employ and Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
P.O. Box 13767
Jackson, MS  39236

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05371<br>CASE 17-10697-SDM<br>NORTHERN DISTRICT OF MISSISSIPPI<br>ABERDEEN<br>THU NOV 10 10-12-13 CST 202 | ~~LOCKE D BARKLEY~~<br>~~6360 I55 NORTH~~<br>~~SUITE 140~~<br>~~JACKSON MS 39211-2038~~ | MICHAEL W BOYD<br>BOYD LAW OFFICE PA<br>PO BOX 1586<br>GREENVILLE MS 38702-1586 |
| C SPIRE<br>1018 HIGHLAND COLONY PKWY SUITE 300<br>RIDGELAND MS 39157-2068 | (P)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CARDWORKSCW NEXUS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | CHASE RECEIVABLES<br>1247 BROADWAY<br>SONOMA CA 95476-7503 | CREDIT ONE BANK NA<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| CREDIT PLAN OF GREEN<br>1701B STRONG AVENUE<br>GREENWOOD MS 38930 | CREDIT PLAN OF GREENWOOD<br>1701B STRONG AVENUE<br>GREENWOOD MS 38930 | (P)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| FACNAB<br>480 JAMES ROBERTSON PKWY<br>NASHVILLE TN 37219-3019 | FED LOAN SEVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | (P)HEIGHTS FINANCE DBA FIRST HERITAGE<br>ATTN FH BK<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 |
| FIRST TOWER LOAN LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | (P)GRAND CANYON UNIVERSITY<br>ATTN ATTN OFC OF GENERAL COUNSEL<br>PO BOX 11097<br>PHOENIX AZ 85061-1097 | HAROLD REED II<br>2006 KILDARE STREET NW<br>HUNTSVILLE AL 35811-1814 |
| LVNV FUNDING LLC ITS SUCCESSORS AND<br>ASSIGNS<br>ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LEND UP<br>237 KEARNEY ST 372<br>SAN FRANCISCO CA 94108-4502 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC AS<br>AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | MORGAN  MORGAN<br>4450 OLD CANTON RD<br>STE 200<br>JACKSON MS 39211-5991 |
| NETWORK COLLECTION S<br>P O BOX 1725<br>HATTIESBURG MS 39403-1725 | NISSAN<br>POB 660366<br>DALLAS TX 75266-0366 | NISSAN MOTOR ACCEPTANC<br>PO BOX 660360<br>DALLAS TX 75266-0360 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NISSAN MOTOR ACCEPTANCE
PO BOX 660366
DALLAS TX 75266-0366

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


HAROLD L REED III
1201 MEDALLION DRIVE
GREENWOOD MS 38930-2123

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~


SMITH ROUCHIN  ASSOCIATES
SRA
1456 ELLIS AVE
JACKSON MS 39204-2204

SYNCHRONY BANK JC PENNEYS
ATTN BANKRUPTCY
PO BOX 956060
ORLANDO FL 32896-0001

DEBTOR
KATHERINE THOMAS
6949 ROSEBANK MOUNT OLIVE ROAD
LEXINGTON MS 39095-8401


~~EXCLUDE~~
~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~OBO MORGAN  MORGAN~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF LEXINGTON
PO BOX 32067
FLOWOOD MS 39232


~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901


GREGORY J WALSH
THE SUNDMAKER FIRM LLC
1027 NINTH STREET
NEW ORLEANS LA 70115-2357

WORLD OMNI FINANCIAL
6150 OMNI PARK DR
MOBILE AL 36609-5195

WORLD OMNI FINANCIAL CORP
1027 NINTH STREET
NEW ORLEANS LA 70115-2357


WORLD OMNI FINANCIAL CORP ITS SUCCESSOR
AND
ASSIGNS
CO WELTMAN WEINBERG  REIS CO LPA
323 W LAKESIDE AVE SUITE 200
CLEVELAND OH 44113-1009