# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   KATHERINE THOMAS, Debtor        Case No. 17-10697-SDM
                                                                                                 CHAPTER 13

## MOTION TO APPROVE COMPENSATION OF SPECIAL COUNSEL

COMES NOW, Thomas C. Rollins, Jr., attorney for Morgan & Morgan ("Special Counsel"), and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.     On or about December 8, 2022 an Order was entered by this Court (dk # 84) employing Morgan & Morgan as Special Counsel representing Debtor in a personal injury claim.

3.     Debtor is entitled to a distribution from a settlement in the gross amount of $25,000.00. Special Counsel requests settlement approval and authority to disburse the claim proceeds as follows:

    a. Attorney's Fees $8,750.00

    b. Expenses: $41.76

    c. Amount to Trustee for Distribution in Debtor's case: $16,208.24

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

                                                 Respectfully submitted,

                                                 Morgan & Morgan

                                                 BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on January 12, 2023 to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    KATHERINE THOMAS, Debtor          Case No. 17-10697-SDM
                                             CHAPTER 13

## ORDER APPROVING COMPENSATION OF SPECIAL COUNSEL

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve Compensation of Special (DK #_____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Court hereby approves the proposed settlement in the amount of $25,000.00 approves Special Counsel fees/costs, and approves a distribution of proceeds as follows:

   a. Attorney's Fees $8,750.00

   b. Expenses: $41.76

   c. Amount to Trustee for Distribution in Debtor's case: $16,208.24

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross settlement proceeds to the Chapter 13 Trustee, and that the Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDERED##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
(601) 500-553