# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                        CHAPTER 13 CASE NO.:

KATHERINE THOMAS                   17-10697-SDM

**LIMITED OBJECTION TO MOTION TO APPROVE SETTLEMENT
AND AUTHORIZE DISTRIBUTION OF PROCEEDS (Dkt. #88) AND
MOTION TO APPROVE COMPENSATION OF SPECIAL COUNSEL (Dkt. #89)**

      COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this Limited Objection to the Motion to Approve Settlement and Authorize Distribution of Proceeds (Dkt. #88) (the "Motion") and the Motion to Approve Compensation of Special Counsel (Dkt. #89) (the "Fee Application") filed by the Debtor and in support thereof states as follows:

      1.     The Trustee has no objection to the amount of the settlement or payment to Thomas C. Rollins, Esq. attorney for Morgan & Morgan ("Special Counsel") upon entry of an order granting the pending Fee Application.

      2.     However, the Trustee submits that the entire settlement amount of $25,000.00 (the "Settlement Funds") must be sent by Special Counsel to the Trustee. Upon receipt of the Settlement Funds and upon entry of an order granting the Motion to Approve Compensation of Special Counsel (the "Fee Application") (Dkt. #89), the Trustee should be authorized to disburse the approved amount of attorney's fees and expenses to Special Counsel. Additionally, the Trustee should be authorized to disburse the remaining balance of the Settlement Funds, less the Trustee's statutory compensation, to unsecured creditors with timely-filed and allowed proofs of claim with the Trustee to determine the percentage.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that upon notice and hearing that this Court enter an order granting the Motion and Fee Application subject to the limitations above and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: January 27, 2023.

Respectfully submitted,

**LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE**

By: /s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Thomas C. Rollins, Jr., Esq.
Special Counsel for Debtor

Dated: January 27, 2023.

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN