

**SO ORDERED,**

*Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| KATHERINE THOMAS | 17-10697-SDM |

**AGREED ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND AUTHORIZE DISTRIBUTION OF PROCEEDS (Dkt. #88) AND MOTION TO APPROVE COMPENSATION OF SPECIAL COUNSEL (Dkt. #89)**

THIS MATTER came before the Court on the Motion to Approve Settlement and Authorize Distribution of Proceeds (Dkt. #88) (the "Motion") and the Motion to Approve Compensation of Special Counsel (Dkt. #89) (the "Fee Application") filed by Thomas C. Rollins, Esq. attorney for Morgan & Morgan ("Special Counsel") on behalf of the Debtor and the Limited Objection to the Motion to Approve Settlement and Authorize Distribution of Proceeds (Dkt. #88) and the Motion to Approve Compensation of Special Counsel (Dkt. #89) (Dkt. #98) filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion and Fee Application shall be and are hereby granted.

2. The settlement of the personal injury claim for the sum of $25,000.00 shall be and is hereby approved.

3. The requested attorney fees by Special Counsel in the amount of $8,750.00 and expense reimbursement in the amount of $41.76, for a total of $8,791.76, shall be and are hereby approved.

4. All settlement proceeds in the amount of $25,000.00 (the "Settlement Funds") shall be paid to the Trustee by Special Counsel.

5. Upon receipt of the Settlement Funds, the Trustee shall be and is hereby authorized to disburse $8,791.76 to Special Counsel representing approved attorney fees and expense reimbursement.

6. The Trustee shall be and is hereby authorized to disburse the remaining balance of the Settlement Funds, less the Trustee's statutory compensation, to unsecured creditors with timely-filed and allowed proofs of claim with the Trustee to determine the percentage.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
COUNSEL FOR DEBTOR
AND FOR SPECIAL COUNSEL

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392