# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    KATHERINE THOMAS, Debtor           Case No. 17-10697-SDM
                                             CHAPTER 13

## MOTION TO RECONSIDER

COMES NOW, Thomas C. Rollins, Jr., attorney for Morgan & Morgan ("Special Counsel"), and files this Motion to Reconsider and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. On or about December 8, 2022 an Order was entered by this Court (dk # 84) employing Morgan & Morgan as Special Counsel representing Debtor in a personal injury claim.

3. On or about February 3, 2023 an Order was entered by this Court (dk # 100) approving the settlement of the personal injury claim.

4. That Debtor subsequently was billed by UMMC for $409.26, representing the deductible for medical services for treatment of injuries sustained from this claim.

5. Special Counsel requests that the previous Order (Dk #100) be set aside and a new Order be entered granting settlement approval and authority to disburse the claim proceeds as follows:

   a. Attorney's Fees $8,750.00

   b. Expenses: $41.76

   c. Payment to UMMC: $409.26

   d. Amount to Trustee for Distribution in Debtor's case: $15, 798.98

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the foregoing settlement and distribution of proceeds, and prays for such other, further, and general relief to which the Special Counsel may be entitled.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on February 23, 2023 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 17-10697 |
|---|---|
| KATHERINE THOMAS | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/23/2023, I did cause a copy of the following documents, described below,

Motion to Reconsider

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/23/2023

/s/ Thomas C. Rollins, Jr
Thomas C. Rollins, Jr  103469

The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236
601 500 5533
trollins@therollinsfirm.com

|     |                                                                 |                             |
| --- | --------------------------------------------------------------- | --------------------------- |
| 1   |                                                                 |                             |
| 2   |                                                                 |                             |
| 3   |                    UNITED STATES BANKRUPTCY COURT               |                             |
| 4   |                    NORTHERN DISTRICT OF MISSISSIPPI             |                             |
| 5   |                                                                 |                             |
| 6   | IN RE:                                                          | CASE NO: 17-10697           |
| 7   | KATHERINE THOMAS                                                | **CERTIFICATE OF SERVICE**  |
|     |                                                                 | **DECLARATION OF MAILING**  |
| 8   |                                                                 | Chapter: 13                 |

On 2/23/2023, a copy of the following documents, described below,

Motion to Reconsider

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/23/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | | |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05371<br>CASE 17-10697-SDM<br>NORTHERN DISTRICT OF MISSISSIPPI<br>ABERDEEN<br>THU FEB 23 11-51-04 CST 202 | ~~LOCKE D BARKLEY~~<br>~~6360 I55 NORTH~~<br>~~SUITE 140~~<br>~~JACKSON MS 39211-2038~~ | MICHAEL W BOYD<br>BOYD LAW OFFICE PA<br>PO BOX 1586<br>GREENVILLE MS 38702-1586 | |

| C SPIRE<br>1018 HIGHLAND COLONY PKWY SUITE 300<br>RIDGELAND MS 39157-2068 | (P)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
|---|---|---|
| CARDWORKSCW NEXUS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | CHASE RECEIVABLES<br>1247 BROADWAY<br>SONOMA CA 95476-7503 | CREDIT ONE BANK NA<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| CREDIT PLAN OF GREEN<br>1701B STRONG AVENUE<br>GREENWOOD MS 38930 | CREDIT PLAN OF GREENWOOD<br>1701B STRONG AVENUE<br>GREENWOOD MS 38930 | (P)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| FACNAB<br>480 JAMES ROBERTSON PKWY<br>NASHVILLE TN 37219-3019 | FED LOAN SEVICING<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | (P)HEIGHTS FINANCE DBA FIRST HERITAGE<br>ATTN FH BK<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 |
| FIRST TOWER LOAN LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | (P)GRAND CANYON UNIVERSITY<br>ATTN ATTN OFC OF GENERAL COUNSEL<br>PO BOX 11097<br>PHOENIX AZ 85061-1097 | HAROLD REED II<br>2006 KILDARE STREET NW<br>HUNTSVILLE AL 35811-1814 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LEND UP<br>237 KEARNEY ST 372<br>SAN FRANCISCO CA 94108-4502 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT INC AS<br>AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | MORGAN  MORGAN<br>4450 OLD CANTON RD<br>STE 200<br>JACKSON MS 39211-5991 |
| NETWORK COLLECTION S<br>P O BOX 1725<br>HATTIESBURG MS 39403-1725 | NISSAN<br>POB 660366<br>DALLAS TX 75266-0366 | NISSAN MOTOR ACCEPTANC<br>PO BOX 660360<br>DALLAS TX 75266-0360 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

NISSAN MOTOR ACCEPTANCE
PO BOX 660366
DALLAS TX 75266-0366

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

HAROLD L REED III
1201 MEDALLION DRIVE
GREENWOOD MS 38930-2123

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SMITH ROUCHIN ASSOCIATES
SRA
1456 ELLIS AVE
JACKSON MS 39204-2204

SYNCHRONY BANK JC PENNEYS
ATTN BANKRUPTCY
PO BOX 956060
ORLANDO FL 32896-0001

DEBTOR
KATHERINE THOMAS
6949 ROSEBANK MOUNT OLIVE ROAD
LEXINGTON MS 39095-8401

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
OBO MORGAN MORGAN
PO BOX 13767
JACKSON MS 39236-3767

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF LEXINGTON
PO BOX 32067
FLOWOOD MS 39232

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

GREGORY J WALSH
THE SUNDMAKER FIRM LLC
1027 NINTH STREET
NEW ORLEANS LA 70115-2357

WORLD OMNI FINANCIAL
6150 OMNI PARK DR
MOBILE AL 36609-5195

WORLD OMNI FINANCIAL CORP
1027 NINTH STREET
NEW ORLEANS LA 70115-2357

WORLD OMNI FINANCIAL CORP ITS SUCCESSOR AND
ASSIGNS
CO WELTMAN WEINBERG REIS CO LPA
323 W LAKESIDE AVE SUITE 200
CLEVELAND OH 44113-1009