**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   KATHERINE THOMAS, Debtor                Case No. 17-10697-SDM
                                                 CHAPTER 13

## ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS

THIS CAUSE having come on this date on the Special Counsel's Motion to Reconsider (DK #102), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Order (Dk #100) is set aside.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $25,000.00 approves Special Counsel fees/costs, and approves a distribution of proceeds as follows:

a. Attorney's Fees $8,750.00

b. Expenses: $41.76

c. Payment to UMMC: $409.26

d. Amount to Trustee for Distribution in Debtor's case: $15, 798.98

IT IS FURTHER ORDERED that Special Counsel is granted authority to pay the gross

(remainder of page left intentionally blank, document continues on next page)

settlement proceeds to the Chapter 13 Trustee, and that the Chapter 13 Trustee is authorized to sign a release, if requested to do so.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533